IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OLIVER A. PENTINMAKI, JR.,

    Plaintiff,

v.

Warden DIEDRE MORGAN,
Security Director THELEN,
Captain SPROELICH, Captain BUETTNER,
Lt. WINCHELL,
Lt. ALBERTS, Sgt. KELLY, Sgt. HAVENS,
DEBRA LANCE, Dr. JANET WALSH
and Dr. EUGENE WALL

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-326-bbc

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this complaint for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      7/23/10

Peter Oppeneer, Clerk of Court      Date