IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OLIVER A. PENTINMAKI, JR.,                                ORDER

                Plaintiff,

                                                             10-cv-326-slc[1]

       v.

Warden DIEDRE MORGAN,
Security Director THELEN, Captain SPROELICH,
Captain BUETTNER, Lt. WINCHELL,
Lt. ALBERTS, Sgt. KELLY, Sgt. HAVENS,
DEBRA LANCE, Dr. JANET WALSH
and Dr. EUGENE WALL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        IT IS ORDERED that plaintiff Oliver Pentinmaki's motion for reconsideration, dkt. #9, is DENIED. Nothing in plaintiff's motion shows that the court made "a manifest error of law or fact," <u>LB Credit Corp. v. Resolution Trust Corp.</u>, 49 F.3d 1263, 1267 (7th Cir. 1995), in dismissing plaintiff's complaint for his failure to state a claim upon which relief

---

[1] I am assuming jurisdiction over this case for the purpose of this order.

1

may be granted.

      Entered this 30th day of July, 2010.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge